

Aurora Cassirer
Partner
aurora.cassirer@pierferd.com
Direct: 917-817-6617
1270 Avenue of the Americas
7th Floor--1050
New York, NY 10020

August 1, 2025

<u>VIA ECF</u>

Hon. Vernon S. Broderick, U.S. District Judge
Hon. Sarah L. Cave, U.S. Magistrate Judge`
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **In Re: Application of Mohd Najib Bin Abd Razak,**
             **As Docketed Under:1:25-cv-06279 (VSB) (SLC)**

Pierson Ferdinand LLP represents Petitioner Mohd Najib Bin Abd Razak ("Mr. Razak) with respect to his pending application to pursue discovery in the United States as foreign national authorized pursuant to 28 U.S.C. § 1782, filed on July 30, 2025.

We write respectfully to request that the Court close the above civil case matter, which we inadvertently created in Pacer ECF in the course of efforts on July 30 to file the 1782 application as a miscellaneous case, as the District's procedures require.

We sincerely apologize for that error. Upon noticing it in the course of filing we immediately began its correction by creating the required miscellaneous case 1:25-mc-00320, under which we electronically filed the 1782 application and all supporting materials. As disclosed in the required statement filed in that case, it would appear that this matter is related to Mr. Razak's prior 1782 application, docketed under case number 1:20-MC-387 (JGK) (KHP).

We thank the Court for its assistance and regret any convenience.

                                                    Respectfully submitted,

                                                    */s/ Aurora Cassirer*
                                                    Aurora Cassirer
                                                    Pierson Ferdinand LLP